UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

                    Plaintiff,

       -against-

THE DOE FUND, LEMLE & WOLFF
COMPANIES.,

                  Defendants.

26 CIVIL 03225 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 1, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

      SO ORDERED.

Dated:   May 6, 2026
          New York, New York

                           /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
              Chief United States District Judge